UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBORAH E. WINSTON,<br><br>Plaintiff,<br><br>v.<br><br>INTERFAITH FEDERAL CREDIT UNION & NATIONAL CREDIT UNION ADMINISTRATION ASSET MANAGEMENT & ASSSITANCE CENTER,<br><br>Defendants. | No. 15-CV-6558 (KM)(MAH)<br><br>ORDER |

### KEVIN MCNULTY, U.S.D.J.:

This matter comes before the Court on the Report and Recommendation ("R&R") (ECF No. 4) of the Honorable Michael A. Hammer, United States Magistrate Judge, recommending that plaintiff Deborah Winston's complaint (ECF No. 1 Ex. B) be dismissed for lack of subject matter jurisdiction due to failure to exhaust administrative remedies; and plaintiff not having filed objections to the R&R or otherwise disputed defendants' argument that she failed to exhaust administrative remedies; and the Court having considered all the foregoing and decided the matter without oral argument pursuant to FED. R. CIV. P. 78; and for good cause shown:

**IT IS** this 24th day of February, 2016,

2

**ORDERED** that Judge Hammer's Report and Recommendation (ECF No. 4) is ADOPTED, and plaintiff's complaint (ECF No. 1) is DISMISSED without prejudice. The Clerk shall close the file.

_____
**KEVIN MCNULTY**
**United States District Judge**